STATE of Vermont v. Timothy BOLTON, No. 248-78

April 19, 1979. Motion to Dismiss granted. *State* v. *Karcz*, 134 Vt. 187, 352 A.2d 687 (1976).

Howard WELCH and Marion Welch v. H. P. HOOD AND SONS, INC., No. 269-78

April 19, 1979. Appellant's brief to be filed by May 7, 1979, or the matter will be dismissed.

Suzanne B. BACON v. Peter A. HARMON, No. 276-78

April 19, 1979. Appellant's motion for remand is denied as unnecessary. V.R.C.P. 80(j) as amended.

Steven CONNORS v. BRANDTJEN & KLUGE, INC., Keller Ticket Company, Inc., and Wedco Electric Corp., No. 22-79

April 19, 1979. The interlocutory appeal of the defendant, Keller Ticket Company, Inc., is dismissed as improvidently granted.

Milton L. BARNES and Beatrice Barnes v. STATE of Vermont, Agency of Transportation, No. 55-79

April 19, 1979. The injunction order imposed by this Court on April 6, 1979, is continued in force until further order of this Court.

STATE of Vermont v. Rodney H. WHITNEY, No. 93-79

April 19, 1979. The purported appeal under V.R.A.P. 5(b)(1) is dismissed.

Rosalie CONDOSTA v. Guido CONDOSTA, No. 100-79

April 19, 1979. Relief requested in motion filed April 2, 1979, is denied.